BUCHALTER
A Professional Corporation
ROBERT S. MCWHORTER (SBN: 226186)
ANREET K. TOOR (SBN: 341666)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email:  rmcwhorter@buchalter.com
        atoor@buchalter.com

HARRIS BEACH MURTHA CULLINA, PLLC
ROSS B. HOFHERR (Pro Hac Vice Admission)
100 Wall Street
New York, NY 10005
Telephone 212.313.5482
Email:  RHofherr@HarrisBeachMurtha.com

Attorneys for Defendants,
WOODSIDE CREDIT, LLC,
JSC MOTORCARS LLC, dba "CASCIO MOTORS," and
ADDISON BROWN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION-LOS ANGELES)

| | |
|---|---|
| MARTIN SNEIDER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WOODSIDE CREDIT, LLC, a California limited liability company; JSC MOTORCARS LLC, dba "CASCIO MOTORS," an Arizona limited liability company; ADDISON BROWN, an individual; ANDREA NICOLE DOHERTY, individually and dba "Classic Sales," "California Porsche Restorations" and "CPR Classic Restoration; PAUL MANGIAMELE, an individual, and DOES 1 through 50,<br><br>Defendants. | Case Number: 2:23-cv-06840-SPG-E<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Date:  July 9, 2025<br>Time:  8:30 am<br>Judge: Hon. Sherilyn Peace Garnett<br>Place: First Street Courthouse, 350 West 1st Street, Courtroom 5C, Los Angeles, CA 90012 |

1

**JOINT STATUS REPORT REGARDING SETTLEMENT**

## JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's Civil Pretrial Schedule and Trial Order (Dk. No. 44), Plaintiff Martin Sneider ("Plaintiff") and Defendants Woodside Credit, LLC, JSC Motorcars LLC, dba "Cascio Motors," and Addison Brown (collectively, the "Parties") hereby submit this Joint Status Report regarding settlement:

On March 12, 2025, the Parties participated in a videoconference mediation with Alan Friedman through the Court's Alternative Dispute Resolution program. To date, the Parties have not reached a settlement.

Counsel for the parties have discussed engaging in a second Court-sponsored mediation provided there is availability.

DATED: June 9, 2025

HARRIS BEACH MURTHA CULLINA, PLLC

By: _____
ROSS B. HOFHERR

BUCHALTER
A Professional Corporation
ROBERT S. MCWHORTER
ANREET K. TOOR
Attorneys for Defendants
Woodside Credit, LLC, JSC Motorcars LLC, dba "Cascio Motors," and Addison Brown

DATED: June 9, 2025

LAW OFFICE OF SCOTT POMERANTZ

By: /s/ Scott Pomerantz
SCOTT POMERANTZ

Attorney for Plaintiff,
MARTIN SNEIDER