BUCHALTER
A Professional Corporation
ROBERT S. MCWHORTER (SBN:  226186)
ANREET K. TOOR (SBN:  341666)
500 Capitol Mall, Suite 1900
Sacramento, CA  95814
Telephone: 916.945.5170
Email:      rmcwhorter@buchalter.com
            atoor@buchalter.com

HARRIS BEACH MURTHA CULLINA, PLLC
ROSS B. HOFHERR (Pro Hac Vice Admission)
100 Wall Street
New York, NY 10005
Telephone 212.313.5482
Email: RHofherr@HarrisBeachMurtha.com

Attorneys for Defendants,
WOODSIDE CREDIT, LLC,
JSC MOTORCARS LLC, dba "CASCIO
MOTORS," and ADDISON BROWN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (WESTERN DIVISION-LOS ANGELES)

| | |
|---|---|
| MARTIN SNEIDER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>WOODSIDE CREDIT, LLC, a California limited liability company, et al.<br><br>    Defendants. | Case Number: 2:23-cv-06840-SPG-E<br><br>Hon. Sherilyn Peace Garnett<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Martin Sneider  and Defendants, Woodside Credit, LLC , Addison Brown and JSC Motorcars LLC d/b/a Cascio Motors by and through their undersigned counsel of record, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

BUCHATLER, A PROFESSIONAL CORPROATION

By:   //Robert S. McWhorter
ROBERT S. MCWHORTER
Attorneys for Defendants,
WOODSIDE CREDIT, LLC, JSC
MOTORCARS LLC, dba "CASCIO
MOTORS," and ADDISON BROWN

Dated: September 8, 2025

LAW OFFICE OF SCOTT POMERANTZ

By:  /s/ Scott Pomerantz
      SCOTT POMERANTZ
 Attorney for Plaintiff, MARTIN
 SNEIDER

Dated: September 15 , 2025

2

**STIPULATION OF DISMISSAL WITH PREJUDICE**          **Case Number: 2:23-cv-06840-SPG-E**